AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Demorse Kelly<br>*Defendant(s)* | Case No. 3:19MJ **910** (SALM) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 7, 2019** in the county of **Hartford** in the District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting a Federal Official |

This criminal complaint is based on these facts:
See attached Affidavit of Steve Barrientos, Inspector U.S. Postal Inspection Service (USPIS).

☑ Continued on the attached sheet.

*Complainant's signature*

Steve Barrientos, Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2019

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*