UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:19MJ 910 (SALM) |
| v. | : | |
| DEMORSE KELLEY | : | June 7, 2019 |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Steve Barrientos, being duly sworn, depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since January of 2003. I am currently assigned to the mail theft and mail fraud team. As a United States Postal Inspector, my duties and responsibilities include, but are not limited to, investigating physical assaults of United States Postal Service ("USPS") employees. In this capacity, I investigate such incidents, execute search warrants, and make arrests. I am considered a subject matter expert on workplace violence, under which physical assaults of Postal Service employees fall. I have taught training courses to Postal Inspectors and post office managers concerning policies and procedures for workplace violence. Prior to working for USPIS, I served as a Detective with the Chicago, Illinois, Police Department for twelve years.

2. As part of my official duties, I am participating in an investigation being conducted by the USPIS concerning an assault on a letter carrier working in Hartford, Connecticut, on June 7, 2019.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

1

to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

4. I submit this affidavit in support of a criminal complaint and arrest warrant for Demorse Kelley, for a violation of 18 U.S.C. § 111(a) (assaulting a federal official).

**PROBABLE CAUSE**

5. On or about June 7, 2019, at approximately 12:15 pm, a United States Postal Service Letter Carrier (hereinafter referred to as "Victim 1") was delivering mail in the vicinity of 247 Sigourney Street in Hartford, Connecticut. While inside a USPS delivery van, Victim 1 was approached by an individual who she described as being an African-American male in his mid-thirties with a light beard wearing a white tank-top and red shorts with a white belt that appeared to be attached to the shorts. Victim 1 noted that this individual was sweating profusely.

6. According to Victim 1, the male forced his way into the USPS delivery vehicle while she was bending over sorting mail in the rear of the vehicle.

7. The male made repeated sexual advances towards Victim 1. At first these were merely verbal statements about how the male wanted to have sexual intercourse with Victim 1 inside the van. The male made these statements while standing on the street at the open sliding door of the van. The male was blocking the door with his body at that time. Without warning, the male reached into the van while Victim 1 was bent over, sorting mail. The male reached out with his hand and grabbed Victim 1's buttocks over her shorts.

8. The male then began to run his other hand up Victim 1's leg, underneath Victim 1's shorts, and up to Victim 1's buttocks. The male then jumped into the van and closed the sliding door, blocking Victim 1 from escaping. The male removed his penis from his shorts and began to fondle himself. Victim 1 indicated that the male appeared to be sexually aroused at that time.

9. While inside the USPS van, the male continued to make sexual statements to Victim 1 while fondling himself. Victim 1 was able to escape when the male was momentarily distracted. After Victim 1 escaped the van, the male rifled through the USPS van and took a pack of Newport cigarettes and a beverage that belonged to Victim 1. The male then left the immediate vicinity.

10. Victim 1 was upset by the incident and contacted her supervisor, who instructed her to call 911. Victim 1 placed a 911 call, to which Hartford Police responded. Victim 1 provided a detailed physical description of the suspect.

11. At approximately 12:50 pm, Hartford Police located an African-American male matching Victim 1's description at 238 Sigourney Street in Hartford, Connecticut. This location is less than one block away from where Victim 1 reported being assaulted. The male identified himself as Demorse Kelley.

12. Hartford Police Officers detained Kelley and conducted a "show-up" identification with Victim 1. A "show-up" identification is an investigative technique by which a suspect is presented to a victim for the purposes of identification. During the "show-up" identification, Victim 1 positively identified Kelley as the assailant. Victim 1 does not know Kelley or have any previous relationship with him.

13. Hartford Police Department Officers placed Kelley under arrest, provided Kelley with verbal Miranda warnings, and transported Kelley to Hartford Police Headquarters. Kelley was offered the opportunity to speak with United States Postal Inspectors.

14. Inspectors subsequently interviewed Kelley at the Hartford Police Department. This interview was audio and video recorded. Prior to asking Kelley any questions, he was presented with a written Miranda Warning and Waiver Form. Kelley executed the form indicating

that he understood his rights, and then executed the waiver portion of the form. Kelley also verbally indicated that he understood his rights.

15. Kelley stated that he was at the incident location, and that he had an interaction with a USPS letter carrier. Specifically, he stated that Victim 1 had asked him for a sip of his strawberry Snapple drink, to which he assented. Victim 1 gave him a cigarette. Kelley's physical description of the USPS letter carrier was consistent with Victim 1's appearance.

16. Based on the foregoing, there is probable cause to believe, and I do believe, that Kelley, knowingly and willfully, did forcibly and with actual physical contact, assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States Postal Service while such employee was engaged in the performance of her official duties, in violation of 18 U.S.C. § 111(a).

17. Therefore, I respectfully request the issuance of the specified criminal complaint and arrest warrant.

Respectfully submitted,

_____
STEVE BARRIENTOS
POSTAL INSPECTOR
U.S. POSTAL INSPECTION SERVICE

Subscribed and sworn to before me on June 7, 2019.

___/s/ Sarah A. L. Merriam, USMJ___
THE HONORABLE SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

4